# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>QUENTIN MICHAEL RAY LEE,<br><br>                  Defendant. | Case No. __21CR0070-DMS__<br><br>__I N F O R M A T I O N__<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 - Importation of Methamphetamine (Felony) |

The United States Attorney charges:

On or about December 6, 2020, within the Southern District of California, defendant, QUENTIN MICHAEL RAY LEE, did knowingly and intentionally import 500 grams and more, to wit: approximately 2.40 kilograms (5.29 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: __January 13, 2021__ .

ROBERT S. BREWER, JR.
United States Attorney

*Daniel Greene*

DANIEL K. GREENE
Assistant U.S. Attorney

DKG:sc:12/28/2020